# DISALVO PROPERTIES, LLC, Plaintiff/Appellant,

v.

Deborah B. PURVIS; Elizabeth E. Nolan; NIS Construction Services, LLC; and Jennings Station Crossing, LLC, Defendants,

and

Gary L. Hall; Bentley Investments of Nevada, LLC; and Penfields Business Centers, LLC, Defendants/Respondents.

No. ED 105062

Missouri Court of Appeals, Eastern District, DIVISION TWO.

Filed: April 18, 2017

Steven W. Koslovsky, Clayton, MO, for Plaintiff/Appellant

William M. Modrcin, Overland Park, KS, for Defendants/Respondents

Before Sherri B. Sullivan, P.J., Roy L. Richter, J., and Colleen Dolan, J.

## ORDER

PER CURIAM.

DiSalvo Properties, LLC appeals from the trial court's summary judgment entered in favor of Gary L. Hall; Bentley Investments of Nevada, LLC; and Penfields Business Centers, LLC (Respondents). We have reviewed the briefs of the parties and the record on appeal and conclude Respondents are entitled to judgment as a matter of law on material facts to which there is no genuine dispute. ITT

Commercial Fin. Corp. v. Mid–Am. Marine Supply Corp., 854 S.W.2d 371, 376 (Mo. banc 1993). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).